EXHIBIT A

IN THE CIRCUIT COURT OF MARYLAND FOR WASHINGTON COUNTY

| | | |
|---|---|---|
| ROBERT E. PETERSON, SR.<br>427 Switch Connector Road, SW<br>Calhoun, GA 30701 | *<br>*<br>* | |
| Plaintiff | * | |
| v. | * | |
| STEVEN LEE SHOEMAKER, JR<br>111 Spruce Avenue<br>Carlisle, PA 17013 | *<br>* | C-21-CV-21-000381 |
| And | * | |
| CREEKSTONE LANDSCAPE<br>EXCAVATING, LLC, A Body Corporate<br>13614 Faith Road<br>Clear Spring, MD 21722 | *<br>*<br>* | |
| **SERVE ON:**<br>Steven W. Leizear, Resident Agent<br>13614 Faith Road<br>Clear Spring, MD 21722 | *<br><br>* | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Robert E. Peterson, Jr., Plaintiff, by Danielle A. Sanders and Saiontz & Kirk, P.A. his attorneys, brings forth this Complaint to sue Steven Lee Shoemaker, Jr. and Creekstone Landscape and Excavating, LLC, A Body Corporate, Defendants and for reasons states:

1.   That on or about the 17th day of December 2018, at approximately 11:29 a.m., the Plaintiff was operating his motor vehicle in a westbound direction on Franklin Street, at its intersection with Nottingham Road, in Washington County, Maryland.

2.   That on the same date and time, a motor vehicle owned by the Defendant, Creekstone Landscape and Excavating, LLC, and operated by the Defendant, Steven Lee

Shoemaker, Jr., was traveling in a northbound direction on Nottingham Road, at its intersection with Franklin Street, in Washington County, Maryland.

3. That at all times relevant hereto, the individual Defendant, Steven Lee Shoemaker, Jr., was acting as the agent, servant, and/or employee of the Defendant, Creekstone Landscape and Excavating, LLC, and acting within the scope of his employment and/or agency and, with the permission, express, and/or implied of the Defendant, Creekstone Landscape and Excavating, LLC.

4. That the Plaintiff was proceeding through the intersection, with the right-of-way, when suddenly and without warning, the motor vehicle operated by the Defendant, Steven Lee Shoemaker, Jr., proceeded through the red traffic signal and struck the Plaintiff's motor vehicle.

5. That said collision was directly and proximately caused by and did result from the recklessness, carelessness, and negligence of the Defendant, Steven Lee Shoemaker, Jr., including, but not limited to the following respects:

(a) in failing to keep said motor vehicle under proper and sufficient control;

(b) in failing to keep a proper lookout;

(c) in failing to exercise ordinary care to avoid a collision;

(d) in failing to yield the right-of-way to another vehicle;

(e) in traveling at an excessive rate of speed for the conditions then and there existing;

(f) in operating said automobile in a reckless and careless manner;

(g) in negligently striking the Plaintiff's vehicle; and

(h) in other respects not now known to the Plaintiff, but which may become known prior to or at the time of trial.

6. That additionally, or in the alternative, said collision was directly and

proximately caused by and did result from the recklessness, carelessness, and negligence of the Defendant, Creekstone Landscape and Excavating, LLC, acting by and through its agent, servant, and/or employee, Steven Lee Shoemaker, Jr., acting within the scope of his employment and/or agency, including but not limited to the following respects:

    (a)    in failing to keep said motor vehicle under proper and sufficient control;

    (b)    in failing to keep a proper lookout;

    (c)    in failing to exercise ordinary care to avoid a collision;

    (d)    in failing to yield the right-of-way to another vehicle;

    (e)    in traveling at an excessive rate of speed for the conditions then and there existing;

    (f)    in operating said automobile in a reckless and careless manner;

    (g)    in negligently striking the Plaintiff's vehicle; and

    (h)    in other respects not now known to the Plaintiff, but which may become known prior to or at the time of trial.

7.    That Plaintiff alleges that all of his losses and damages, past, present and prospective were proximately caused by the negligence of the Defendants, Steven Lee Shoemaker, Jr. and Creekstone Landscape and Excavating, LLC, without any negligence of the Plaintiff contributing thereto.

8.    That at all times relevant hereto, the Plaintiff exercised due care for his own safety.

9.    That as a direct and proximate result of the collision, the Plaintiff, was thrown forcibly and violently around and about the interior of his motor vehicle; and

    (a)    was thereby caused to sustain serious and permanent injuries to his head, neck, back, body, and limbs;

    (b)    was and will be caused to suffer great physical pain and mental anguish;

(c) was and will be required to obtain care and treatment of hospitals and physicians for his injures at considerable expense;

(d) was and will be unable to engage in his occupation for a period of time, thereby losing considerable income; and

(e) was and will be unable to engage in those duties, activities and pursuits for which he was and is otherwise qualified.

10. That as a result of the collision, the Plaintiff was, is and will be otherwise hurt, injured and damaged.

WHEREFORE, the Plaintiff, Robert E. Peterson, Sr., demands judgment, jointly and severally, against the Defendants, Steven Lee Shoemaker, Jr. and Creekstone Landscape and Excavating, LLC, A Body Corporate, for a sum that is in excess of Seventy-Five Thousand Dollars, ($75,000.00), plus interest and costs of this action.

/S/ *Danielle A. Sanders*
DANIELLE A. SANDERS (9212160284)
Saiontz & Kirk, P.A.
3 South Frederick Street, Suite 900
Baltimore, Maryland 21202
(410) 234-3431
(844) 799-3420 Fax
dsanders@saiontzkirk.com

*Attorneys for Plaintiff*